IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THOMAS WOOD, | : | Civil Action No. 3:18-cv-1788 |
| Plaintiff | : | (Judge Munley) |
| v. | : | |
| OFFICER BROWN, | : | |
| Defendant | : | |

## ORDER

AND NOW, to wit, this 14th day of November 2019, upon consideration of Defendant's motion (Doc. 36) for summary judgment pursuant to Federal Rule of Civil Procedure 56, and for the reasons set forth in the Court's Memorandum of the same date, it is hereby ORDERED that:

1. Defendant's motion (Doc. 36) for summary judgment is DEEMED unopposed and GRANTED.

2. The Clerk of Court is directed to ENTER judgment in favor of Defendant Brown and against Plaintiff.

3. The Clerk of Court is further directed to CLOSE this case.

4. Any appeal from this order is deemed frivolous and not in good faith. See 28 U.S.C. § 1915(a)(3).

BY THE COURT:

s/James M. Munley
JUDGE JAMES M. MUNLEY
United States District Court